# United States District Court
## Southern District of Georgia

ANTONIO BROWNER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV316-012

LISA FOUNTAIN; HOMER BRYSON; LT. CHARLES MIMS; SGT. CHARLES DENSON; C.O. II MICHEAL THOMAS; MR. DANFORTH, and MS. LEWIS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 16, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's complaint is DISMISSED without prejudice and this case stands CLOSED.



June 16, 2016  
*Date*

Scott L. Poff  
*Clerk*

*(By) Deputy Clerk*